## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KC Prakash, | No. CV-26-01696-PHX-RM (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| David R Rivas, et al., | |
| Respondents. | |

Petitioner challenges his present immigration detention under 28 U.S.C. § 2241, arguing that his prolonged detention without a bond hearing violates his due process rights. (Doc. 1.) The Court directed Respondents to answer the Petition. (Doc. 5.) Respondents' response states:

Respondents do not oppose Petitioner's request for release at this time.

(Doc. 11.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus Petition as to his request for release from custody.

**IT IS ORDERED:**

1. The reference to Magistrate Judge James F. Metcalf is **withdrawn**.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

3. Respondents must **immediately** release Petitioner from custody.

. . . .

4. Respondents must provide a notice of compliance within **two (2) business days** of Petitioner's release.

5. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 13th day of May, 2026.

_____
Honorable Rosemary Márquez
United States District Judge